IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FRANK GIORDANO                    :         CIVIL ACTION
                                  :
           v.                     :
                                  :
PETER NERO                        :         NO. 14-3780


**O R D E R**

**AND NOW,** this 13th day of January, 2015, **IT IS ORDERED** that the **Rule 16 Conference** scheduled for January 13, 2015 at 2:00 p.m. is canceled and rescheduled for **February 10, 2015** at **4:30 p.m.**[1]


ATTEST:                              or     BY THE COURT

        s/Marie O'Donnell

BY:                                         
M. O'Donnell, Civil Deputy/                 Anita B. Brody,   Judge
Secretary

Civ 12 (9/83)


**Copies via ECF on:**

---

1. Once a request to enter a 41b has been made by the parties this conference will be canceled.  This is the final continuance of the Rule 16 Conference.