IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FRANK GIORDANO | : | CIVIL ACTION |
| vs. | : | |
| PETER NERO, et al. | : | NO. 14-3780 |

FILED
JAN 2 8 2015

Anita B. Brody, Judge
By _____ Dep. Clerk

### O R D E R

**AND NOW, TO WIT:** This 26TH day of January, 2014, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

MICHAEL E. KUNZ, Clerk of Court

BY: _Marie O'Donnell_
Marie O'Donnell
Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON     TO:     COPIES VIA U.S. MAIL ON     TO:

# Archer&Greiner P.C.
### ATTORNEYS AT LAW

David H. Marion

dmarion@archerlaw.com
215-246-3131 Direct

One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393
(215) 963-3300 Main
(215) 963-9999 Fax
www.archerlaw.com

January 23, 2015

**VIA: FAX AND REGULAR MAIL**
The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
7613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

JAN 26 2015

  Re: Giordano v. Nero, Civil Action No. 2:14-cv-03780-AB

Dear Judge Brody:

  I am pleased to advise you that the conditions have been complied with and the case is finally settled. I am authorized to request that an Order of Dismissal now be entered under Local Rule 40.1(b). Thank you for your attention and courtesy in this matter.

          Respectfully yours,

          DAVID H. MARION

DHM/md
cc: Paul K. Leary, Esquire
   Jonathan Rardin, Esquire

12053966v1